UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK RYAN WILDER,<br><br>               Plaintiff(s),<br>  v.<br><br>FEDERAL COURT,<br><br>               Defendant(s). | CASE NO. C25-1481-KKE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On August 4, 2025, Plaintiff Jack Ryan Wilder applied to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. Shortly thereafter, the Clerk of Court notified Wilder of a filing deficiency. Dkt. No. 3. On August 20, 2025, the Honorable Michelle L. Peterson, United States Magistrate Judge, ordered Wilder to show cause as to why the Court should not recommend his IFP application be denied, and explained what additional information Wilder needed to include in his IFP application. Dkt. No. 4. After Wilder again failed to amend his IFP application, Judge Peterson recommended denying the application. Dkt. No. 5 at 2.

Having reviewed Wilder's application to proceed IFP, Judge Peterson's Report and Recommendation, and the remaining record, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation.

2. Plaintiff's application to proceed IFP (Dkt. No. 1) is DENIED.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

3. Wilder is directed to pay the $405.00 filing fee or submit a corrected IFP application by October 22, 2025.  If Wilder fails to do so, the Clerk is directed to close the case.

Dated this 22nd day of September, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge