UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK RYAN WILDER, | CASE NO. C25-1481-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE |
| v. | |
| FEDERAL COURT, | |
| Defendant(s). | |

This matter comes before the Court upon its review of the record. On September 22, 2025, the Court adopted Judge Peterson's Report and Recommendation denying Plaintiff Jack Ryan Wilder's request to proceed in forma pauperis ("IFP"). Dkt. No. 6. The Court directed Wilder to either pay the $405.00 filing fee or submit a corrected IFP application. *Id.* at 2. The Court warned Wilder that failure to do so would result in this case being closed. *Id.* To date, Wilder has neither paid the filing fee nor submitted a corrected IFP application. Accordingly, this case is dismissed without prejudice, and the Clerk is directed to close the case.

Dated this 11th day of December, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1